# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. _____

| | |
|---|---|
| **VINTARI AUTO GROUP, LLC,** <br>                   **Plaintiff,** <br> v. <br> **ABETTER.BID LLC AND COPART, INC.,** <br>                   **Defendants.** | **NOTICE OF REMOVAL** |

**NOW COMES** the Defendant Copart, Inc., by and through its undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1331, 1332, 1441, and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Mecklenburg County, North Carolina based on federal question as well as diversity of citizenship and amount in controversy. In support of such removal, Copart, Inc. respectfully states the following:

1. On November 20, 2025, Plaintiff commenced a proceeding against Defendants by filing of a Civil Summons and Complaint, styled *Vintari Auto Group, LLC v. Abetter.bid LLC and Copart, Inc.*, Case No. 25CV062750-590, which proceeding is currently pending. A copy of the documents Plaintiff served on Defendants are attached hereto as Exhibit 1.

2. Copart, Inc. was served with a copy of the Complaint setting forth Plaintiff's claims upon which this action is based when it was served by certified mail on December 8, 2025. See Exhibit 2, Notice of Service of Process.

3. A Better Bid LLC (incorrectly named as "Abetter.bid LLD") was served by certified mail on December 3, 2025. *See* Exhibit 3, Proof of Delivery.

4. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes. Copart, Inc. has not filed any pleadings or papers in this action in State

Court and the time during which Copart, Inc. is required by state law or rules of court to answer or to plead to the Plaintiff's Complaint has not expired. No other process, pleading or order has been served on Copart, Inc.

5. This civil action arises out of claims by Plaintiff for unfair and deceptive trade practices, violation of the Federal Odometer Act 49 U.S.C. §32701 et seq., fraud and fraudulent inducement, negligent misrepresentation, breach of express warranty, and unjust enrichment. The Complaint seeks compensatory damages, treble damages, statutory damages, punitive damages, attorney's fees, and costs.

6. This action is removable in the first instance under 28 U.S.C. §1331 because Plaintiff asserts claims against Defendants that pose a federal question under the Federal Odometer Act, 49 U.S.C. §32701 et seq. (Compl. ¶¶ 40-45).

7. This action is also removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.

8. Plaintiff is a limited liability company organized and existing under the laws of North Carolina. The Articles of Organization that Plaintiff filed with the North Carolina Secretary of State shows its members are Dalton Coleman and Stephanie Vaughan, who are both citizens of North Carolina. Counsel for Plaintiff has confirmed that Mr. Coleman and Ms. Vaughan are the only members and are North Carolina citizens. A Better Bid LLC is a foreign limited liability company organized and existing under the laws of the State of Florida and has its principal place of business in Miami, Florida. Jurgis Plikaitis is the sole member of A Better Bid LLC. Mr. Plikaitis is a citizen of Florida. Copart, Inc. is a foreign corporation organized and existing under the laws of the State of Delaware and has it principal place of business in Dallas, Texas. Accordingly, complete diversity exists between these parties in this case.

9. The United States District Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 because of Plaintiff's Federal Odometer Act claim and pursuant to 28 U.S.C. §1332 because there is a diversity of citizenship among the parties and, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(a) and (b).

10. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after Plaintiff's service on Copart, Inc. by certified mail of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.

11. Pursuant to 28 U.S.C. §1446(b)(2)(A), A Better Bid LLC, who is also represented by the undersigned counsel, consents to this action being removed.

12. By filing this Notice of Removal, Copart, Inc. does not waive any of its objections to personal jurisdiction, service, or other affirmative defenses.

13. Pursuant to 28 U.S.C. §1446(d), Copart, Inc. will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina of the removal.

14. A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 4. Copart, Inc. has served a copy of the Notice of Removal on Plaintiff in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina.

This the 7th day of January, 2026.

        **/s/ SCOTT LEWIS**
        **NC State Bar No. 22167**
        **SHELLEY W. COLEMAN**
        **NC State Bar No. 22783**
        **Attorneys for Defendants**
        **BUTLER SNOW, LLP**
        **6752 Rock Spring Road, Suite 310**
        **Wilmington, NC 28405**
        **PH: (910) 550-1320**
        **Email: Scott.Lewis@butlersnow.com**
        **Shelley.Coleman@butlersnow.com**

4
Case 3:26-cv-00015-MEO-DCK    Document 1    Filed 01/07/26    Page 4 of 5
98861661.v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify I have attached the document to electronic mail to the following:

>Evan M. Howard
>evan@ehowardlaw.com
>*Counsel for Plaintiff*

Respectfully submitted,

>**/s/ SCOTT LEWIS**
>**NC State Bar No. 22167**
>**SHELLEY W. COLEMAN**
>**NC State Bar No. 22783**
>**Attorneys for Defendants**
>**BUTLER SNOW, LLP**
>**6752 Rock Spring Road, Suite 310**
>**Wilmington, NC 28405**
>**PH: (910) 550-1320**
>**Email: Scott.Lewis@butlersnow.com**
>**Shelley.Coleman@butlersnow.com**